EIPT #63512
UNT $ 100 - (4)
MONS ISSUED Y-3
AL RULE 4.1
/ER FORM
ISSUED
4/13/05

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; CAROLINE RECORDS, INC., a New York corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>DOES 1 - 25,<br><br>       Defendants. | CIVIL ACTION No.<br><br>05 - 10734 NG |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendants.

## JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.    This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.    Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by the Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant uses an online service provider found in this District to access the Internet, which facilitated Defendants' infringing activities.

## PARTIES

4.    Plaintiff London-Sire Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.    Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

7.    Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

8.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

9.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

10.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11.    Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

12.    Plaintiff Maverick Recording Company is a joint venture between Maverick Records and Warner Bros. Records Inc., organized and existing under the laws of the State of California, with its principal place of business in the State of California.

13.    Plaintiff Caroline Records, Inc. is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in New York.

14.    Plaintiff Sony BMG Music Entertainment is a Delaware general partnership, with its principal place of business in the State of New York.

15.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

16.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

17.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

18.    The true names and capacities of the Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address

assigned to that Defendant by his or her online service provider on the date and time at which the infringing activity of each Defendant was observed. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

19. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

20. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

21. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

22. Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to

download, distribute to the public, and/or make available for distribution to others, certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others. In doing so, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others additional sound recordings owned by or exclusively licensed to the Plaintiffs or Plaintiffs' affiliate record labels.)

23.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

24.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

25.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17

U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.


3.    For Plaintiffs' costs in this action.


4.    For Plaintiffs' reasonable attorneys' fees incurred herein.


5.    For such other and further relief as the Court may deem just and proper.

> LONDON-SIRE RECORDS INC.; ARISTA
> RECORDS LLC; INTERSCOPE RECORDS;
> MOTOWN RECORD COMPANY, L.P.;
> BMG MUSIC; VIRGIN RECORDS
> AMERICA, INC.; CAPITOL RECORDS,
> INC.; PRIORITY RECORDS LLC;
> MAVERICK RECORDING CO.; CAROLINE
> RECORDS, INC.; SONY BMG MUSIC
> ENTERTAINMENT; ELEKTRA
> ENTERTAINMENT GROUP INC.; UMG
> RECORDINGS, INC.; and WARNER BROS.
> RECORDS INC.
>
> By their attorneys,

DATED: ___4.13.05_____    By: _____
                                       Colin J. Zick (BBO No. 556538)
                                       Gabriel M. Helmer (BBO No. 652640)
                                       FOLEY HOAG LLP
                                       155 Seaport Boulevard
                                       Boston, MA 02210-2600
                                       Phone: (617) 832-1000
                                       Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LONDON-SIRE RECORDS INC.; ARISTA RECORDS LLC; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; MAVERICK RECORDING CO.; CAROLINE RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

**DEFENDANTS**
DOES 1 - 25

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(b)** County of Residence of First Listed Plaintiff **NEW YORK, NEW YORK**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**    Attorney's (Firm Name, Address, and Telephone Number)
COLIN J. ZICK (BBO No. 556538)        Phone: (617) 832-1000
GABRIEL M. HELMER (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
    Plaintiff

☐ 2   U.S. Government
    Defendant

☒ 3.  Federal Question
    (U.S. Government Not a Party)

☐ 4   Diversity
    (Indicate Citizenship of Parties
    in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW | 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | 405(g) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | Injury | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Determination Under |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities- | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of |
| | Employment | ☐ 550 Civil Rights | | | State Statutes |
| | ☐ 446 Amer. w/Disabilities- | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |
| | Other | | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original        ☐ 2 Removed from        ☐ 3 Remanded from        ☐ 4 Reinstated or        ☐ 5 another district        ☐ 6 Multidistrict        ☐ 7 District Judge from
    Proceeding        State Court        Appellate Court        Reopened        (specify)        Litigation        Magistrate Judgment

Transferred from                                    Appeal to

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
*17 U.S.C. § 501 et seq.*

Brief description of the cause: *copyright infringement*

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**
Statutory damages; injunction

CHECK YES only if demanded in complaint
**JURY DEMAND:**    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)    *SEE ATTACHMENT A*

JUDGE _____    DOCKET NUMBER _____

DATE    4.13.05

SIGNATURE OF ATTORNEY OF RECORD    *Gabriel M. Helm*

**FOR OFFICE USE ONLY**

RECEIPT# _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

## ATTACHMENT A

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Eastern Division:

Capitol Records, Inc., et al. v. Alaujan, Lead Docket No. 03-11661 NG

London-Sire Records Inc., et al. v. Does, Docket No. 04-12434 NG

Interscope Records, et al. v. Does, Docket No. 04-12435 NG

Maverick Recording Company, et al. v. Doe, Docket No. 04-12436 NG

Atlantic Recording Corp., et al. v. Does, Docket No. 04-12437 NG

Capitol Records, Inc., et al. v. Doe, Docket No. 04-12438 NG

Loud Records, LLC, et al. v. Does, Docket No. 04-12439 NG

BMG Music, et al. v. Does, Docket No. 05-10168 NG

Interscope Records, et al. v. Does, Docket No. 05-10160 NG

Motown Record Company, L.P., et al. v. Does, Docket No. 05-10159 NG

UMG Recordings, Inc., et al. v. Does, Docket No. 05-10169 NG

Virgin Records America, Inc., et al. v. Dubrock, Docket No. 05-10158 NG

Capitol Records Inc., et al. v. Does, Docket No. 05CV10565 NG

Virgin Records America, Inc. et al. v. Does, Docket No. 05CV10566 NG

Sony BMG Music Entertainment et al. v. Doe, Docket No. 05CV10567 NG

Interscope Records et al. v. Doe, Docket No. 05CV10569 NG

Atlantic Recording Corp. et al. v. Does, Docket No. 05CV10568 NG

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Central Division:

Warner Bros. Records Inc., et al. v. Duteau, Docket No. 04-40165 FDS

Sony Music Entertainment Inc., et al. v. D'Mato, Docket No. 04-40166 FDS

Capitol Records, Inc, et al. v. Fitzpatrick, Docket No. 04-40168 FDS

Arista Records Inc., et al. v. Doe, Docket No. 04-40240 FDS

Maverick Recording Company, et al. v. Hagerty, Docket No. 04-40167 FDS

London-Sire Records Inc., et al. v. Totolos, Docket No. 05-40016 FDS

BMG Music et al. v. Doe, Docket No. 05-40055 FDS

This lawsuit is also related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Western Division:

Motown Record Company, L.P., et al. v. Adams, Docket No. 04-30134 MAP

Arista Records Inc., et al. v. Skowyra, Docket No. 04-30135 MAP

Loud Records, LLC, et al. v. Thurston, Docket No. 04-30136 MAP

Arista Records Inc., et al. v. Aberdale, Docket No. 04-30164 MAP

Virgin Records America, Inc., et al. v. Doe, Docket No. 04-30223 KPN

Sony BMG Music Entertainment, et al. v. Doe, Docket No. 04-30224 MAP

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____

   **LONDON-SIRE RECORDS v. DOES 1 - 25**

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ____ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   ____ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ____ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ____ V.   150, 152, 153.

   **05 - 10734 NG**

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   **SEE ATTACHMENT A** _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)

   YES ☐   NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐   NO ☒

7. DO **ALL** OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES ☒   NO ☐

   A.   IF YES, IN WHICH DIVISION DO **ALL** OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        EASTERN DIVISION  ☒        CENTRAL DIVISION  ☐        WESTERN DIVISION  ☐

   B.   IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION  ☐        CENTRAL DIVISION  ☐        WESTERN DIVISION  ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  COLIN J. ZICK (BBO No. 556538), GABRIEL M. HELMER (BBO No. 652640)

ADDRESS ___ FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600

TELEPHONE NO. (617) 832-1000/fax (617) 832-7000

(Cover Sheet local.wpd-11/27/00)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

## ATTACHMENT A

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Eastern Division:

Capitol Records, Inc., et al. v. Alaujan, Lead Docket No. 03-11661 NG

London-Sire Records Inc., et al. v. Does, Docket No. 04-12434 NG

Interscope Records, et al. v. Does, Docket No. 04-12435 NG

Maverick Recording Company, et al. v. Doe, Docket No. 04-12436 NG

Atlantic Recording Corp., et al. v. Does, Docket No. 04-12437 NG

Capitol Records, Inc., et al. v. Doe, Docket No. 04-12438 NG

Loud Records, LLC, et al. v. Does, Docket No. 04-12439 NG

BMG Music, et al. v. Does, Docket No. 05-10168 NG

Interscope Records, et al. v. Does, Docket No. 05-10160 NG

Motown Record Company, L.P., et al. v. Does, Docket No. 05-10159 NG

UMG Recordings, Inc., et al. v. Does, Docket No. 05-10169 NG

Virgin Records America, Inc., et al. v. Dubrock, Docket No. 05-10158 NG

Capitol Records Inc., et al. v. Does, Docket No. 05CV10565 NG

Virgin Records America, Inc. et al. v. Does, Docket No. 05CV10566 NG

Sony BMG Music Entertainment et al. v. Doe, Docket No. 05CV10567 NG

Interscope Records et al. v. Doe, Docket No. 05CV10569 NG

Atlantic Recording Corp. et al. v. Does, Docket No. 05CV10568 NG

This lawsuit is related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Central Division:

Warner Bros. Records Inc., et al. v. Duteau, Docket No. 04-40165 FDS

Sony Music Entertainment Inc., et al. v. D'Mato, Docket No. 04-40166 FDS

Capitol Records, Inc, et al. v. Fitzpatrick, Docket No. 04-40168 FDS

Arista Records Inc., et al. v. Doe, Docket No. 04-40240 FDS

Maverick Recording Company, et al. v. Hagerty, Docket No. 04-40167 FDS

London-Sire Records Inc., et al. v. Totolos, Docket No. 05-40016 FDS

BMG Music et al. v. Doe, Docket No. 05-40055 FDS

This lawsuit is also related to the following cases pending or closed within the past two (2) years in the United States District Court for the District of Massachusetts, Western Division:

Motown Record Company, L.P., et al. v. Adams, Docket No. 04-30134 MAP

Arista Records Inc., et al. v. Skowyra, Docket No. 04-30135 MAP

Loud Records, LLC, et al. v. Thurston, Docket No. 04-30136 MAP

Arista Records Inc., et al. v. Aberdale, Docket No. 04-30164 MAP

Virgin Records America, Inc., et al. v. Doe, Docket No. 04-30223 KPN

Sony BMG Music Entertainment, et al. v. Doe, Docket No. 04-30224 MAP

**Exhibit A**

## Doe #1 (128.119.146.177 2005-02-28 21:47:10 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Beck | Minus | Odelay | 222-917 |
| Capitol Records, Inc. | Beastie Boys | Song for the Man | Hello Nasty | 277-731 |
| UMG Recordings, Inc. | Beck | Devils Haircut | Odelay | 222-917 |
| Virgin Records America, Inc. | Smashing Pumpkins | Mayonaise | Siamese Dream | 169-635 |
| UMG Recordings, Inc. | Sublime | The Ballad Of Johnny Butt | Sublime | 224-105 |
| Elektra Entertainment Group Inc. | Ween | Falling Out | White Pepper | 281-379 |

**Exhibit A**

## Doe #2 (128.119.105.188 2005-03-28 08:51:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Magic Medicine | SCIENCE | 249-690 |
| Sony BMG Music Entertainment | Incubus | Summer Romance (Anti-Gravity Love Song) | SCIENCE | 249-690 |
| Warner Bros. Records Inc. | Green Day | Coming Clean | Dookie | 185-457 |
| Warner Bros. Records Inc. | Green Day | Church On Sunday | Warning | 288-352 |
| Warner Bros. Records Inc. | Green Day | Chump | Dookie | 185-457 |

**Exhibit A**

## Doe #3 (72.19.104.230 2005-03-05 13:31:41 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | The Omen | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Motown Record Company, L.P. | Boyz II Men | Under Pressure | Cooleyhighharmony | 212-333 |
| Sony BMG Music Entertainment | Mariah Carey | Make It Happen | Emotions | 134-831 |
| Arista Records LLC | Carolyn Dawn Johnson | Complicated | Room with a View | 301-081 |
| Arista Records LLC | Usher | Without U (Interlude) | 8701 | 307-207 |

**Exhibit A**

## Doe #4 (72.19.100.219 2005-02-26 21:46:07 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Martina McBride | It's My Time | Emotion | 269-161 |
| Sony BMG Music Entertainment | Michael Bolton | Missing You Now | Time, Love & Tenderness | 132-494 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Virgin Records America, Inc. | Janet Jackson | Rope Burn | The Velvet Rope | 261-516 |
| Maverick Recording Company | Alanis Morissette | Mary Jane | Jagged Little Pill | 213-545 |

**Exhibit A**

## Doe #5 (72.19.103.98 2005-02-28 18:40:46 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| London-Sire Records Inc. | The Smiths | Bigmouth Strikes Again | The Queen Is Dead | 75-732 |
| Virgin Records America, Inc. | UB40 | Bring Me Your Cup | Promises And Lies | 186-039 |
| Virgin Records America, Inc. | UB40 | Baby | Labour Of Love II | 112-173 |

**Exhibit A**

## Doe #6 (72.19.117.204 2005-03-01 11:07:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Waiting | Warning | 288-352 |
| Sony BMG Music Entertainment | Incubus | Summer Romance (Anti-Gravity Love Song) | SCIENCE | 249-690 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |

**Exhibit A**

## Doe #7 (128.119.146.184 2005-03-04 16:31:34 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Pearl Jam | Indifference | Vs. | 207-219 |
| Capitol Records, Inc. | Pink Floyd | Run Like Hell | The Wall | 14-787 |
| UMG Recordings, Inc. | U2 | New Year's Day | War | 42-944 |
| Interscope Records | Dr. Dre | Housewife | 2001 | 277-983 |

**Exhibit A**

## Doe #8 (72.19.103.182 2005-03-04 16:54:52 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Alicia Keys | Jane Doe | Songs in A Minor | 299-410 |
| Arista Records LLC | Blu Cantrell | Hit 'Em Up Style (Oops!) | So Blu | 300-390 |
| Sony BMG Music Entertainment | Nas | Rule | Stillmatic | 305-698 |
| Capitol Records, Inc. | Radiohead | Optimistic | Kid A | 289-381 |
| Sony BMG Music Entertainment | Sade | No Ordinary Love | Love Deluxe | 183-731 |

**Exhibit A**

## Doe #9 (72.19.84.131 2005-03-05 02:32:30 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Purple Stain | Californication | 174-922 |
| BMG Music | Lit | Perfect One | A Place in the Sun | 264-272 |
| Virgin Records America, Inc. | Smashing Pumpkins | In the Arms of Sleep | Mellon Collie and the Infinite Sadness | 183-904 |

**Exhibit A**

## Doe #10 (128.119.119.9 2005-03-05 08:06:57 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Privilege | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Virgin Records America, Inc. | Smashing Pumpkins | For Martha | Adore | 261-479 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| UMG Recordings, Inc. | Sublime | Saw Red | Second Hand Smoke | 246-011 |

**Exhibit A**

## Doe #11 (72.19.75.100 2005-03-05 11:43:30 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Mariah Carey | I Don't Wanna Cry | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| Priority Records LLC | Snoop Dogg | Tru Tank Dogs | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Priority Records LLC | Snoop Dogg | Get Bout It & Rowdy | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Priority Records LLC | Snoop Dogg | DP Gangsta | Da Game Is To Be Sold, Not To Be Told | 260-056 |

**Exhibit A**

## Doe #12 (72.19.118.107 2005-03-06 01:20:12 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cars | Just What I Needed | Cars | 4-128 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Nirvana | Pennyroyal Tea | In Utero | 172-276 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Radiohead | Planet Telex | The Bends | 280-260 |

**Exhibit A**

## Doe #13 (128.119.149.186 2005-03-06 11:06:41 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Pay For What You Get | Under the Table and Dreaming | 285-688 |
| UMG Recordings, Inc. | U2 | When I Look At The World | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | U2 | Who's Gonna Ride Your Wild Horses | Achtung Baby | 139-599 |

**Exhibit A**

## Doe #14 (72.19.99.218 2005-03-06 17:25:55 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| Sony BMG Music Entertainment | The Offspring | The Kids Aren't Alright | Americana | 264-015 |
| BMG Music | SR-71 | Non-Toxic | Now You See Inside | 283-812 |
| Warner Bros. Records Inc. | Green Day | Macy's Day Parade | Warning | 288-352 |

## Doe #15 (128.119.143.181 2005-03-06 17:44:51 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Wallflowers | Some Flowers Bloom Dead | Breach | 214-646 |
| Virgin Records America, Inc. | Smashing Pumpkins | Everlasting Gaze | Machina/The Machine of God | 278-424 |
| Virgin Records America, Inc. | Ben Harper | By My Side | Fight For Your Mind | 210-135 |

**Exhibit A**

## Doe #16 (128.119.138.163 2005-03-06 20:03:35 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| Sony BMG Music Entertainment | Pearl Jam | Rats | Vs. | 207-219 |
| Sony BMG Music Entertainment | Pearl Jam | Corduroy | Vitalogy | 206-558 |
| Caroline Records, Inc. | Smashing Pumpkins | Snail | Gish | 140-511 |

## Doe #17 (128.119.105.154 2005-03-07 10:03:14 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Smash Mouth | Why Can't We Be Friends | Fush Yu Mang | 238-756 |
| Warner Bros. Records Inc. | Linkin Park | With You | Hybrid Theory | 288-402 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| Sony BMG Music Entertainment | Destiny's Child | Jumpin' Jumpin' | The Writing's on the Wall | 268-936 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |

**Exhibit A**

## Doe #18 (128.119.149.144 2005-03-07 14:07:15 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Zoo Station | Achtung Baby | 139-599 |
| Elektra Entertainment Group Inc. | Eagles | New Kid In Town | Hotel California | N38950 |
| Virgin Records America, Inc. | Smashing Pumpkins | Glass and the Ghost Children | Machina/The Machine of God | 278-424 |
| Sony BMG Music Entertainment | Pearl Jam | Indifference | Vs. | 207-219 |
| Virgin Records America, Inc. | Smashing Pumpkins | Galapogos | Mellon Collie and the Infinite Sadness | 183-904 |

**Exhibit A**

## Doe #19 (72.19.115.97 2005-03-09 21:26:32 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Arista Records LLC | Outkast | Chonkyfire | Aquemini | 264-092 |

## Doe #20 (72.19.120.246 2005-03-26 03:52:51 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Jennifer Lopez | Feelin' So Good | On The 6 | 267-571 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Interscope Records | Eminem | Bad Meets Evil | The Slim Shady LP | 262-686 |

**Exhibit A**

## Doe #21 (72.19.115.162 2005-03-26 13:50:04 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Waiting for the Worms | The Wall | 14-787 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |

**Exhibit A**

## Doe #22 (72.19.84.145 2005-03-26 20:50:52 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Vertical Horizon | Give You Back | Everything You Want | 277-868 |
| Sony BMG Music Entertainment | Pearl Jam | Insignificance | Binaural | 300-972 |
| Sony BMG Music Entertainment | The Offspring | A Million Miles Away | Conspiracy of One | 288-853 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |
| UMG Recordings, Inc. | Nelly | St. Louie | Country Grammar | 281-782 |

## Doe #23 (72.19.73.97 2005-03-27 09:08:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Kid A | Kid A | 289-381 |
| Sony BMG Music Entertainment | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| UMG Recordings, Inc. | Blink-182 | I'm Sorry | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Godsmack | Sick Of Life | Awake | 293-376 |

## EXHIBIT A

**Doe #24 (72.19.75.113 2005-03-28 00:10:20 (EST))**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| UMG Recordings, Inc. | Hanson | I Will Come To You | Middle Of Nowhere | 238-338 |

**EXHIBIT A**

**Doe #25 (72.19.84.125 2005-03-28 07:58:58 (EST))**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Lenny Kravitz | Are You Gonna Go My Way | Are You Gonna Go My Way | 149-143 |
| BMG Music | SR-71 | Go Away | Now You See Inside | 283-812 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| UMG Recordings, Inc. | Godsmack | Goin' Down | Awake | 293-376 |