AO 121 (6/90)

| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**District of Massachusetts**<br>**John Joseph Moakley Courthouse**<br>**1 Courthouse Way**<br>**Boston, MA 02210** |
|---|---|
| DOCKET NO.                DATE FILED | |

| PLAINTIFF<br>**LONDON-SIRE RECORDS INC.; ARISTA RECORDS LLC; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; MAVERICK RECORDING CO.; CAROLINE RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.** | DEFENDANT<br>**DOES 1 - 25** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# Exhibit A

## Doe #1 (128.119.146.177 2005-02-28 21:47:10 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Beck | Minus | Odelay | 222-917 |
| Capitol Records, Inc. | Beastie Boys | Song for the Man | Hello Nasty | 277-731 |
| UMG Recordings, Inc. | Beck | Devils Haircut | Odelay | 222-917 |
| Virgin Records America, Inc. | Smashing Pumpkins | Mayonaise | Siamese Dream | 169-635 |
| UMG Recordings, Inc. | Sublime | The Ballad Of Johnny Butt | Sublime | 224-105 |
| Elektra Entertainment Group Inc. | Ween | Falling Out | White Pepper | 281-379 |

**Exhibit A**

## Doe #2 (128.119.105.188 2005-03-28 08:51:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Magic Medicine | SCIENCE | 249-690 |
| Sony BMG Music Entertainment | Incubus | Summer Romance (Anti-Gravity Love Song) | SCIENCE | 249-690 |
| Warner Bros. Records Inc. | Green Day | Coming Clean | Dookie | 185-457 |
| Warner Bros. Records Inc. | Green Day | Church On Sunday | Warning | 288-352 |
| Warner Bros. Records Inc. | Green Day | Chump | Dookie | 185-457 |

**Exhibit A**

## Doe #3 (72.19.104.230 2005-03-05 13:31:41 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | The Omen | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Motown Record Company, L.P. | Boyz II Men | Under Pressure | Cooleyhighharmony | 212-333 |
| Sony BMG Music Entertainment | Mariah Carey | Make It Happen | Emotions | 134-831 |
| Arista Records LLC | Carolyn Dawn Johnson | Complicated | Room with a View | 301-081 |
| Arista Records LLC | Usher | Without U (Interlude) | 8701 | 307-207 |

**Exhibit A**

## Doe #4 (72.19.100.219 2005-02-26 21:46:07 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Martina McBride | It's My Time | Emotion | 269-161 |
| Sony BMG Music Entertainment | Michael Bolton | Missing You Now | Time, Love & Tenderness | 132-494 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Virgin Records America, Inc. | Janet Jackson | Rope Burn | The Velvet Rope | 261-516 |
| Maverick Recording Company | Alanis Morissette | Mary Jane | Jagged Little Pill | 213-545 |

**Exhibit A**

## Doe #5 (72.19.103.98 2005-02-28 18:40:46 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| London-Sire Records Inc. | The Smiths | Bigmouth Strikes Again | The Queen Is Dead | 75-732 |
| Virgin Records America, Inc. | UB40 | Bring Me Your Cup | Promises And Lies | 186-039 |
| Virgin Records America, Inc. | UB40 | Baby | Labour Of Love II | 112-173 |

**Exhibit A**

## Doe #6 (72.19.117.204 2005-03-01 11:07:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Waiting | Warning | 288-352 |
| Sony BMG Music Entertainment | Incubus | Summer Romance (Anti-Gravity Love Song) | SCIENCE | 249-690 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |

**Exhibit A**

## Doe #7 (128.119.146.184 2005-03-04 16:31:34 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Pearl Jam | Indifference | Vs. | 207-219 |
| Capitol Records, Inc. | Pink Floyd | Run Like Hell | The Wall | 14-787 |
| UMG Recordings, Inc. | U2 | New Year's Day | War | 42-944 |
| Interscope Records | Dr. Dre | Housewife | 2001 | 277-983 |

**Exhibit A**

## Doe #8 (72.19.103.182 2005-03-04 16:54:52 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Alicia Keys | Jane Doe | Songs in A Minor | 299-410 |
| Arista Records LLC | Blu Cantrell | Hit 'Em Up Style (Oops!) | So Blu | 300-390 |
| Sony BMG Music Entertainment | Nas | Rule | Stillmatic | 305-698 |
| Capitol Records, Inc. | Radiohead | Optimistic | Kid A | 289-381 |
| Sony BMG Music Entertainment | Sade | No Ordinary Love | Love Deluxe | 183-731 |

**Exhibit A**

## Doe #9 (72.19.84.131 2005-03-05 02:32:30 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Purple Stain | Californication | 174-922 |
| BMG Music | Lit | Perfect One | A Place in the Sun | 264-272 |
| Virgin Records America, Inc. | Smashing Pumpkins | In the Arms of Sleep | Mellon Collie and the Infinite Sadness | 183-904 |

**Exhibit A**

## Doe #10 (128.119.119.9 2005-03-05 08:06:57 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Privilege | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Virgin Records America, Inc. | Smashing Pumpkins | For Martha | Adore | 261-479 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| UMG Recordings, Inc. | Sublime | Saw Red | Second Hand Smoke | 246-011 |

**Exhibit A**

## Doe #11 (72.19.75.100 2005-03-05 11:43:30 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Mariah Carey | I Don't Wanna Cry | Mariah Carey | 118-408 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| Priority Records LLC | Snoop Dogg | Tru Tank Dogs | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Priority Records LLC | Snoop Dogg | Get Bout It & Rowdy | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Priority Records LLC | Snoop Dogg | DP Gangsta | Da Game Is To Be Sold, Not To Be Told | 260-056 |

**Exhibit A**

## Doe #12 (72.19.118.107 2005-03-06 01:20:12 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cars | Just What I Needed | Cars | 4-128 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Nirvana | Pennyroyal Tea | In Utero | 172-276 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Radiohead | Planet Telex | The Bends | 280-260 |

**Exhibit A**

## Doe #13 (128.119.149.186 2005-03-06 11:06:41 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Pay For What You Get | Under the Table and Dreaming | 285-688 |
| UMG Recordings, Inc. | U2 | When I Look At The World | All That You Can't Leave Behind | 294-631 |
| UMG Recordings, Inc. | U2 | Who's Gonna Ride Your Wild Horses | Achtung Baby | 139-599 |

**Exhibit A**

## Doe #14 (72.19.99.218 2005-03-06 17:25:55 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| Sony BMG Music Entertainment | The Offspring | The Kids Aren't Alright | Americana | 264-015 |
| BMG Music | SR-71 | Non-Toxic | Now You See Inside | 283-812 |
| Warner Bros. Records Inc. | Green Day | Macy's Day Parade | Warning | 288-352 |

**Exhibit A**

## Doe #15 (128.119.143.181 2005-03-06 17:44:51 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Wallflowers | Some Flowers Bloom Dead | Breach | 214-646 |
| Virgin Records America, Inc. | Smashing Pumpkins | Everlasting Gaze | Machina/The Machine of God | 278-424 |
| Virgin Records America, Inc. | Ben Harper | By My Side | Fight For Your Mind | 210-135 |

## Doe #16 (128.119.138.163 2005-03-06 20:03:35 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| Sony BMG Music Entertainment | Pearl Jam | Rats | Vs. | 207-219 |
| Sony BMG Music Entertainment | Pearl Jam | Corduroy | Vitalogy | 206-558 |
| Caroline Records, Inc. | Smashing Pumpkins | Snail | Gish | 140-511 |

**Exhibit A**

## Doe #17 (128.119.105.154 2005-03-07 10:03:14 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Interscope Records | Smash Mouth | Why Can't We Be Friends | Fush Yu Mang | 238-756 |
| Warner Bros. Records Inc. | Linkin Park | With You | Hybrid Theory | 288-402 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| Sony BMG Music Entertainment | Destiny's Child | Jumpin' Jumpin' | The Writing's on the Wall | 268-936 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |

**Exhibit A**

## Doe #18 (128.119.149.144 2005-03-07 14:07:15 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Zoo Station | Achtung Baby | 139-599 |
| Elektra Entertainment Group Inc. | Eagles | New Kid In Town | Hotel California | N38950 |
| Virgin Records America, Inc. | Smashing Pumpkins | Glass and the Ghost Children | Machina/The Machine of God | 278-424 |
| Sony BMG Music Entertainment | Pearl Jam | Indifference | Vs. | 207-219 |
| Virgin Records America, Inc. | Smashing Pumpkins | Galapogos | Mellon Collie and the Infinite Sadness | 183-904 |

**Exhibit A**

## Doe #19 (72.19.115.97 2005-03-09 21:26:32 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Arista Records LLC | Outkast | Chonkyfire | Aquemini | 264-092 |

**Exhibit A**

## Doe #20 (72.19.120.246 2005-03-26 03:52:51 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Jennifer Lopez | Feelin' So Good | On The 6 | 267-571 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Interscope Records | Eminem | Bad Meets Evil | The Slim Shady LP | 262-686 |

**Exhibit A**

## Doe #21 (72.19.115.162 2005-03-26 13:50:04 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Waiting for the Worms | The Wall | 14-787 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |

**Exhibit A**

## Doe #22 (72.19.84.145 2005-03-26 20:50:52 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Vertical Horizon | Give You Back | Everything You Want | 277-868 |
| Sony BMG Music Entertainment | Pearl Jam | Insignificance | Binaural | 300-972 |
| Sony BMG Music Entertainment | The Offspring | A Million Miles Away | Conspiracy of One | 288-853 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |
| UMG Recordings, Inc. | Nelly | St. Louie | Country Grammar | 281-782 |

**Exhibit A**

## Doe #23 (72.19.73.97 2005-03-27 09:08:49 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Kid A | Kid A | 289-381 |
| Sony BMG Music Entertainment | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| UMG Recordings, Inc. | Blink-182 | I'm Sorry | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Godsmack | Sick Of Life | Awake | 293-376 |

**EXHIBIT A**

**Doe #24 (72.19.75.113 2005-03-28 00:10:20 (EST))**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| UMG Recordings, Inc. | Hanson | I Will Come To You | Middle Of Nowhere | 238-338 |

# EXHIBIT A

## Doe #25 (72.19.84.125 2005-03-28 07:58:58 (EST))

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Lenny Kravitz | Are You Gonna Go My Way | Are You Gonna Go My Way | 149-143 |
| BMG Music | SR-71 | Go Away | Now You See Inside | 283-812 |
| Capitol Records, Inc. | Pink Floyd | Comfortably Numb | The Wall | 14-787 |
| UMG Recordings, Inc. | Godsmack | Goin' Down | Awake | 293-376 |