**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,**  )<br>  **Plaintiffs,**  )<br>                                     )<br>  **v.**                              )<br>                                     )<br>  **DOES 1-4,**                       )<br>  **Defendants.**                     ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| INTERSCOPE RECORDS, et al.,         )<br>  Plaintiffs,                        )<br>                                     )<br>  v.                                 )<br>                                     )<br>  JOHN DOE,                          )<br>  Defendant.                         ) | C.A. No. 04-12435-NG |
| MAVERICK RECORDING COMPANY, et al., )<br>  Plaintiffs,                        )<br>                                     )<br>  v.                                 )<br>                                     )<br>  JOHN DOE,                          )<br>  Defendant.                         ) | C.A. No. 04-12436-NG |
| ATLANTIC RECORDING CORP., et al.,   )<br>  Plaintiffs,                        )<br>                                     )<br>  v.                                 )<br>                                     )<br>  DOES 1-5,                          )<br>  Defendants.                        ) | C.A. No. 04-12437-NG |
| CAPITOL RECORDS, et al.,            )<br>  Plaintiffs,                        )<br>                                     )<br>  v.                                 )<br>                                     )<br>  JOHN DOE,                          )<br>  Defendant.                         ) | C.A. No. 04-12438-NG |

| | |
|---|---|
| LOUD RECORDS, et al., )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>DOES 1-5, )<br>    Defendants. ) | C.A. No. 04-12439-NG |
| VIRGIN RECORDS AMERICA, INC., )<br>et al., )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>RICHARD L. DUBROCK, )<br>    Defendant. ) | C.A. No. 05-10158-NG |
| MOTOWN RECORD CO., L.P., et al., )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>DOES 1-2, )<br>    Defendants. ) | C.A. No. 05-10159-NG |
| INTERSCOPE RECORDS, et al., )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>DOES 1-2, )<br>    Defendants. ) | C.A. No. 05-10160-NG |
| BMG MUSIC, et al., )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>DOES 1-2, )<br>    Defendants. ) | C.A. No. 05-10168-NG |

| | |
|---|---|
| UMG RECORDINGS, INC., et al., )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>DOES 1-2, )<br>    Defendants. ) | C.A. No. 05-10169-NG |
| CAPITOL RECORDS, INC., et al., )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>DOES 1-2, )<br>    Defendants. ) | C.A. No. 05-10565-NG |
| VIRGIN RECORDS AMERICA, INC., )<br>et al., )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>JOHN DOE, )<br>    Defendant. ) | C.A. No. 05-10566-NG |
| SONY BMG MUSIC ENTERTAINMENT, )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>JOHN DOE, )<br>    Defendant. ) | C.A. No. 05-10567-NG |
| ATLANTIC RECORDING CORP., et al., )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>DOES 1-3, )<br>    Defendants. ) | C.A. No. 05-10568-NG |

```
_____
INTERSCOPE RECORDS, et al.,        )
     Plaintiffs,                   )
                                   )
     v.                            )    C.A. No. 05-10569-NG
                                   )
JOHN DOE,                          )
     Defendant.                    )
_____

_____
CAPITOL RECORDS, INC., et al.,     )
     Plaintiffs,                   )
                                   )
     v.                            )    C.A. No. 05-10731-NG
                                   )
DOES 1-11,                         )
     Defendants.                   )
_____

_____
MOTOWN RECORD CO., L.P., et al.,   )
     Plaintiffs,                   )
                                   )
     v.                            )    C.A. No. 05-10732-NG
                                   )
DOES 1-22,                         )
     Defendants.                   )
_____

_____
ATLANTIC RECORDING CORP., et al.,  )
     Plaintiffs,                   )
                                   )
     v.                            )    C.A. No. 05-10733-NG
                                   )
DOES 1-25,                         )
     Defendants.                   )
_____

_____
LONDON-SIRE RECORDS INC., et al.,  )
     Plaintiffs,                   )
                                   )
     v.                            )    C.A. No. 05-10734-NG
                                   )
DOES 1-25,                         )
     Defendants.                   )
_____
```

### ORDER OF CONSOLIDATION
### April 20, 2005

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**           ‎ s/ NANCY GERTNER U.S.D.J.